# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBIN W. GOLDSMITH AND ROBIN
W. GOLDSMITH, TRUSTEE OF THE
JAMES B. GOLDSMITH
CHILDREN'S TRUST

NO.  2019 CW 1299

VERSUS

THE CITY OF SLIDELL AND THE
STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT

DEC 0 6 2019

---

In Re:    Textron Systems Marine & Land Systems, a division of
          Textron Inc., and Westminster Insurance Company,
          applying for supervisory writs, 22nd Judicial District
          Court, Parish of St. Tammany, No. 2016-11761.

---

BEFORE:    GUIDRY, WELCH, AND HOLDRIDGE, JJ.

**WRIT GRANTED WITH ORDER.** The district court's September 11, 2019 judgment which denied the exceptions of no cause of action filed by defendants, Textron Systems Marine & Land Systems, a division of Textron, Inc., and Westminster Insurance Company, is reversed. The factual allegations set forth by plaintiff are insufficient to allege a breach of the lease agreement between the parties. The alleged actions of these defendants did not result in alterations or changes to the leased premises, as defined by the lease, and the indemnification provision in the lease does not create a cause of action in favor of plaintiff for an alleged breach by defendants, but rather provides indemnity for claims from any injury or damage to persons or property. Moreover, plaintiff failed to set forth any cause of action other than breach of the lease as to these defendants. Therefore, the exceptions of no cause of action are granted, and the claims of plaintiff, Robin W. Goldsmith, against defendants, Textron Systems Marine & Land Systems, a division of Textron, Inc., and Westminster Insurance Company, are dismissed. However, we remand the matter to the district court with instructions to allow plaintiff the opportunity to amend her pleadings, if she can, to remove the grounds of the objection, within a delay deemed reasonable by the district court. See La. Code Civ. P. art. 934.

JMG
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT